UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| JEFFERY A. RODGERS | CIVIL ACTION NO. 05-0125-A |
|---|---|
| -vs- | JUDGE DRELL |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record, noting the absence of objections, and concurring with the magistrate judge's findings under the applicable law;

IT IS ORDERED that the final decision of the Commissioner of Social Security is AFFIRMED and Rodgers' appeal is DENIED AND DISMISSED WITH PREJUDICE.

SIGNED on this 5th day of January, 2006, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge